DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JEREMY D. POWERS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-2229

_____

January 9, 2026

Appeal pursuant to Fla. R. App. P. 141(b)(2) from the Circuit Court for
Pinellas County; Philip J. Federico, Judge.

Jeremy D. Powers, pro se.


PER CURIAM.

Affirmed.


SILBERMAN, KELLY, and LaROSE, JJ., Concur.

_____

Opinion subject to revision prior to official publication.